IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEAU HEARN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.3:21-cv-01648 |
| | § | |
| KROGER TEXAS, L.P. | § | JURY DEMANDED |
|     Defendant. | § | |

**DEFENDANT'S APPENDIX IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL INSPECTION**

| **Exhibit** | **Pages** | **Document** |
|---|---|---|
| A | App. 1 - App. 7 | Plaintiff's Original Petition |
| B | App. 8 - App. 16 | Plaintiff's Responses to Defendant's First Request for Admissions |
| C | App. 17 - App. 23 | Plaintiff's Rule 26 Initial Disclosures |
| D | App. 24 - App. 26 | Plaintiff's Federal Rules of Civil Procedure Rule 34 Inspection Request |
| E | App. 27 - App. 31 | Defendant's Objections and Responses to Plaintiff's Federal Rule Civil Procedure Rule 34 Inspection Request |
| F | App. 32 - App. 35 | Email string between Carse and Stumbaugh |
| G | App. 36 - App. 41 | Email string between Hartley and Stumbaugh |

Respectfully submitted,

/s/ Michael W. Stumbaugh

**B. Kyle Briscoe**
Attorney-in-charge
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Michael W. Stumbaugh**
State Bar No. 24041987
mstumbaugh@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Federal Rules of Civil Procedure on October 7, 2021.

/s/ Michael W. Stumbaugh
Michael W. Stumbaugh