IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEAU HEARN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.3:21-cv-01648 |
| | § | |
| KROGER TEXAS, L.P. | § | JURY DEMANDED |
|     Defendant. | § | |

**DEFENDANT'S APPENDIX IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Pages | Document |
|---|---|---|
| A | App. 1 - App. 22 | Relevant excerpts from the transcript of the January 18, 2022 Remote Oral Deposition of Beau Hearn ("Plaintiff's Deposition"); |
| B | App. 23 - App. 31 | Plaintiff's Responses to Defendant's First Request for Admissions ("Plaintiff's Admissions"); and |
| C | App. 32 - App. 40 | Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories (Plaintiff's Answers to Interrogatories). |

Respectfully submitted,

/s/ Michael W. Stumbaugh

**B. Kyle Briscoe**
Attorney-in-charge
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Michael W. Stumbaugh**
State Bar No. 24041987
mstumbaugh@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANT**

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in this cause pursuant to and in accordance with the Federal Rules of Civil Procedure on May 02, 2022.

                                        /s/ Michael W. Stumbaugh
                                        Michael W. Stumbaugh

Case 3:21-cv-01648-D   Document 28   Filed 05/02/22   Page 2 of 2   PageID 241