IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEAU HEARN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:21-cv-01648 |
| | § | |
| KROGER TEXAS LP, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S APPENDIX IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| **Exhibit** | **Page** | **Document** |
|---|---|---|
| Exhibit A – | App 1 -- App 16 | Relevant Excerpts from the Transcript of the January 18, 2022, Remote Oral Deposition of Beau Hearn ("Plaintiff's Deposition") |
| Exhibit B -- | App 17 -- App 19 | May 19, 2022, Affidavit of Beau Hearn (Plaintiff's Affidavit |
| Exhibit C -- | App 20 – App 22 | Defendant's Responses to Plaintiff's Interrogatories |
| Exhibit D -- | App 23 – App 38 | Relevant Excerpts from the Transcript of the February 22, 2022, Remote Oral Deposition Kroger Employee Terry Taylor |

Respectfully submitted,

**HARTLEY LAW FIRM**

/S/ Austin F. Hartley

Austin F. Hartley
State Bar No. 24087676
J. Seth Madden
State Bar No. 24126588
Hartley Law Firm

-1-

       2340 E. Trinity Mills Rd., Ste. 100
       Carrollton, Texas 75006
       Telephone: (469) 289-6063
       Facsimile:  (972) 692-7122
       Email: Austin@hartleylawtx.com
       Email: Seth@hartleylawtx.com
       **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Federal Rules of Civil Procedure on May 23, 2022.

                                        /s/ Austin Hartley

                                        Austin F. Hartley